IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 3:04cv1237-F |
| | ) | WO |
| JOHN GREGORY BONNER | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, John Gregory Bonner, on March 1, 2005 (Doc. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the movant be GRANTED an extension from February 18, 2005, to and including May 20, 2005, to file a reply to the government's response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on February 1, 2005.

Done this 21th day of April, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE