IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:04-CV-1237-WKW (WO) |
| JOHN GREGORY BONNER, | ) ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On May 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, which Recommendation is hereby adopted, it is

ORDERED and ADJUDGED that the motion to vacate filed by the movant on December 28, 2004 be and is hereby DENIED.

DONE this the 26th day of June, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE